David A. Birdsell
216 North Center
Mesa, AZ 85201
(480) 644-1080 / (480) 644-1082(fax)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MONGE, EMANUELA | ) Case No. 2:11-bk-22689-MCW |
| | ) |
| | )    APPLICATION FOR ORDER |
| | )    PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | )    TO THE U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10106 | 03/13/2020 | Garretson Resolution Group 6281 Tri-Ridge Boulvevard Suite #300 Cincinnati, OH 45140 | $1,089.33 |
| 10111 | 03/13/2020 | ARIZONA PUBLIC SERVICE Po Box 53999 Phoenix, AZ 85072 | $12.63 |
| 10113 | 03/13/2020 | CHASE MANHATTAN MORTGAGE CHASE CARD SERVICES PO BOX 15298 Wilmington, DE 19850 | $26,880.82 |

[APP TO PAY UNCLAIMED FUNDS] - 1

| | | | | |
|---|---|---|---|---|
| 10115 | 03/13/2020 | COLLECTION SERVICE BUR<br>PO BOX 310<br>Scottsdale, AZ 85252 | | $37.37 |
| 10116 | 03/13/2020 | HEALTHCARE FUNDING SLT<br>370 17TH STREET<br>Denver, CO 80202 | | $75.41 |
| 10117 | 03/13/2020 | HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5895<br>Carol Stream, IL 60197 | | $763.40 |
| 10118 | 03/13/2020 | KENNETH EISE<br>777 E MISSOURI AVE. SUITE 103<br>Phoenix, AZ 85014 | | $55.05 |
| 10119 | 03/13/2020 | LA CURACAO<br>ATTN: LEGAL DEPT<br>1605 W OLYMPIC BLVD STE 700<br>Los Angeles, CA 90015 | | $290.38 |
| 10120 | 03/13/2020 | MIDLAND CREDIT MANAGEMENT<br>PO BOX 939019<br>San Diego, CA 92193 | | $156.05 |
| 10122 | 03/13/2020 | UNIQUE NATIONAL COLLEC<br>119 E MAPLE ST<br>Jeffersonville, IN 47130 | | $72.22 |

The trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $29,432.66 to the Clerk of the Court to be deposited in the Registry thereof.

August 25, 2020
DATE

/s/ David A. Birdsell
DAVID A. BIRDSELL, TRUSTEE

[APP TO PAY UNCLAIMED FUNDS] - 2